## Commonwealth *v.* Crowther, Appellant.

Before Bucher, J.

Submitted June 10, 1974.

*Penn B. Glazier,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.